# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JEANNE M. DIDIER

VERSUS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, ZELDA M.
ARVIE, AND STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY

NO.  2025 CW 1204

**FEBRUARY 23, 2026**

---

In Re:    State Farm Mutual Automobile Insurance Company and Zelda
          M. Arvie, applying for supervisory writs, 19th Judicial
          District Court, Parish of East Baton Rouge, No. 740196.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

   **WRIT DENIED.**

                              **WIL**
                              **EW**
                              **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT